UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUTULU SHAKUR,<br><br>        Petitioner<br><br>        v.<br><br>LOUIS MILUSNIC, et al.,<br><br>        Respondents. | Case No. 5:19-cv-00727-SVW (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT, habeas relief having been granted: the Bureau of Prisons shall expunge Petitioner's March 2013 disciplinary conviction for a violation of Bureau of Prisons Rule 297; Petitioner shall be provided with a new initial 18 U.S.C. § 4206(d) mandatory parole hearing and consideration within 90 days of the entry of this Judgment; the United States Parole Commission shall assess whether the two Section 4206(d) statutory exceptions to mandatory parole exist without regard to or consideration of the 2013 disciplinary conviction; to the extent that the 2013 disciplinary conviction has been used as a basis for increasing

Petitioner's statutory release date under the United States Parole Commission's guidelines, any additional time so imposed shall be removed; and this case is dismissed with prejudice.

DATE:  February 17, 2022

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE